BETTY BASSETT, an Infant, by ELIZABETH D. BASSETT, Her Guardian ad Litem, Respondent, *v.* LEONARD HILL et al., Copartners Doing Business under the Name of THE EMERGENCY LABORATORIES, Appellants.

(Argued March 7, 1935; decided April 16, 1935.)

*Caruthers Ewing* for appellants.

*David Haar, I. George Robins* and *Louis Shapiro* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.